UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL NO. 01-143 (RHK/JMM) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| QUALITY PORK PROCESSORS, INC., | |
| Defendant. | |

The above matter came on before the undersigned upon the Parties' Joint Motion for Amended Scheduling Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Parties' Joint Motion for Amended Scheduling Order is denied without prejudice for failure to comply with the requirements of Local Rule 16.3(b).

Dated:     November 6, 2001

_____
JOHN M. MASON
United States Magistrate Judge

FILED **NOV 0 6 2001**
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____