UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

CIVIL NO. 01-143 (RHK/JMM)

Plaintiff,

v.

ORDER

QUALITY PORK PROCESSORS,
INC. OF TEXAS,

Defendant.

The above matter came on for hearing before the undersigned on November 26, 2001 upon Defendant's Motion to Compel Disclosure or Discovery [Docket No. 10]. Tina Burnside, Esq. appeared on behalf of Plaintiff; Craig Byram, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Compel Disclosure or Discovery [Docket No. 10] is granted in part. Plaintiff shall provide a "yes" or "no" Answer to Interrogatory Nos. 16, 17, 18 and 19, in writing, under oath, as required by the Federal Rules of Civil Procedure. No later than November 29, 2001, Plaintiff shall serve said Answers upon counsel for Defendant, and shall lodge a copy of same with the chambers of this Court.

2. The balance of the Motion is taken under advisement.

Dated: November 27, 2001

JOHN M. MASON
United States Magistrate Judge

FILED NOV 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK