UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CIVIL NO. 01-143 (RHK/JMM)

v.

ORDER

QUALITY PORK PROCESSORS, INC.,

Defendant.

By Order dated November 27, 2001, this Court required that by November 29, 2001, Plaintiff provide a "yes" or "no" Answer to Interrogatory Nos. 16, 17, 18 and 19, and that said response be lodged with the Court by that date. Plaintiff has not complied with this Order. As a procedural matter, although the response is dated November 29, 2001, it was not received by this Court until November 30, 2001. As a substantive matter, Plaintiff has not provided an unequivocal "yes" or "no" response to Interrogatory No. 16.

The court being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

It is hereby ordered as follows:

1. No later than 4:00 p.m., December 7, 2001, Plaintiff shall provide an unequivocal "yes" or "no" response to the initial question posed by Interrogatory No. 16, and shall lodge a copy thereof with the chambers of this Court. Said response shall be in writing, under oath, as required by the Federal Rules of Civil Procedure.

2. Plaintiff shall appear before this Court on January 14, 2002 at 9:30 a.m

FILED DEC 0 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

in courtroom 628 B, Federal Court Building, 316 North Robert Street, St. Paul, MN 55101 and show cause, if any there be, why sanctions should not be imposed for the violation of the Order dated November 27, 2001, pursuant to the provisions of Rule 37(b)(2)(B) and (C) of the Federal Rules of Civil Procedure. Plaintiff may deliver and file a written Memorandum addressing that issue no later than December 21, 2000; Defendant may deliver and file a Response no later than January 4, 2002.

Date: December 5, 2001

JOHN M. MASON
United States Magistrate Judge