**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Equal Employment Opportunity
Commission,

Plaintiff,

Civil No. 01-143 (RHK/JMM)

vs.

**ORDER**

Quality Pork Processors, Inc.,

Defendant.

---

Pending resolution of EEOC's Objections to and Appeal of Magistrate Judge Mason's Order of December 5, 2001 (relating to the Response to Interrogatory No. 16), said Order is **STAYED.**

Dated: December 7, 2001

RICHARD H. KYLE
United States District Judge

DEC 07 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK