# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR MARCH, 2002 TRIAL CALENDAR**

Attached is an updated list of cases deemed ready for trial before the undersigned beginning March 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By February 14, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By February 20, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By February 25, 2002: Responses to the Written Objections.

Dated: December 28, 2001

RICHARD H. KYLE
United States District Judge

FILED **DEC 27 2001**
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

1.     Hou-Tex Trust                             Roger Anderson
                                                   651-224-5864

     vs CV 00-306 RHK/JMM
        COURT

     Tuschner & Company Inc.              James Hanneman
     etal                                            Michael McCarthy
                                                   612-672-8200

                                                   Richard Koch
                                                   612-827-8101
                                                   Michael Ryan
                                                   561-746-1050

                                                   David Kraker
                                                   612-827-8124


2.     Ismelda Hahn                               Leslie Lienemann
                                                   952-346-0619

                                                   Celeste Culberth
     vs CV 00-2282 RHK/SRN         952-346-0619
        COURT

     Minnesota Beef Industries Inc.     William Egan
                                                   952-836-2770


3.     Carla Macht                                 James Kaster
                                                   Diane Odeen
                                                   612-338-1919
     vs CV 00-2560 RHK/JMM
        JURY

     Hennepin County Medical Center    Beverly Wolfe
     Metropolitan Health Partners        612-348-5550
                                                   Cheri Sudit
                                                   612-348-5518

4.
    Equal Employment Opportunity    Rosemary Fox
    Commission    414-297-1111
        Tina Burnside
        612-335-4040

    vs CV 01-143 RHK/JMM
        JURY

    Quality Port Processors Inc. of    John Beckmann
    Texas etc.    507-433-3483

5.
    Twin City Floor Covering Industry    Richard Evans
    Pension Fund    612-338-2525

    vs CV 01-470 RHK/JMM
        COURT

    LeeAnn Louis Ritter etal    Steven Ness
        952-945-0909
        Michael Zimmer
        612-334-3399
        Michael Feist
        651-223-5175