COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

QUALITY PORK PROCESSORS, INC.

Defendant.

Civil Action No. 01-CV-143 RHK/JMM

**ORDER**

The Magistrate's Order dated January 15, 2002 is stayed pending a decision by the Court on the EEOC's objections to the Order.

SO ORDERED.

1/25/02
Date

RICHARD H. KYLE
United States District Judge

FILED JAN 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK