UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>v.<br><br>QUALITY PORK PROCESSORS, INC.<br><br>             Defendant. | CIVIL ACTION NO. 01-143 (RHK/JMM) |

### Stipulation and Order for Dismissal With Prejudice

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based upon the attached Consent Decree, the Equal Employment Opportunity Commission and Quality Pork Processors, Inc. hereby stipulate to the dismissal of this action and any pending motions with prejudice, and to retention of jurisdiction by the Court to enforce the provisions of the Consent Decree.

_____
Jean P. Kamp
Regional Attorney

3-25-02
Date

_____
Tina Burnside
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Minneapolis Area Office
330 S. Second Ave., Suite 430
Minneapolis, MN 55401
(612) 335-4047

3/21/02
Date

APR 0 1 2002
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

_____                    3-19-2002
John S. Beckmann                                   Date
Craig M. Byram
Hoversten, Johnson, Beckmann & Hovey
807 West Oakland Avenue
Austin, MN 55912
(507) 433-3483

Attorneys for Defendant

## ORDER

SO ORDERED this ___ day of April_____, 2002.

_____
Hon. Richard H. Kyle
United States District Judge